# Court of Appeals
# of the State of Georgia

ATLANTA, November 17, 2016

*The Court of Appeals hereby passes the following order*

**A16I0266. BRG COLLECTIONS, LLC v. KOZY CONSTRUCTION, INC. A/K/A KOZY CONSTRUCTION, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2013CV237674



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 17, 2016.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*